

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00203-CR

**EX PARTE ARMANDO RAMOS,**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
Honorable Velia J. Meza, Judge Presiding

## O R D E R

On December 22, 2021, appellant pro se filed "Appellant's Memorandum and Request for the Record" and "Appellant's Second Objection to Appeal Court's Shuffling of Attorney's Without Notification and Request for Notification-Extension of Time and Ander's Requirement's." Because appellant is represented by an attorney on appeal, the motions are DENIED on the basis that appellant is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). ***Unless required by law, further pro se filings will not be considered.***

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court